# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# CENTRAL DIVISION

| | |
|---|---|
| IN RE: FOLGERS COFFEE MARKETING LITIGATION | ) Case No. 21-2984-MD-C-BP<br>)<br>) **STIPULATED DISMISSAL WITH**<br>) **PREJUDICE OF JAY SCHOENER**<br>) **PURSUANT TO FED. R. CIV.**<br>) **P. 41(a)(1)(A)(ii)** |

**IT IS HEREBY STIPULATED** by and between Plaintiffs Shelly Ashton, Jay Schoener, Ellen Moser, Geoff Thomson, Julie Marthaller, Frederick Tan, Marcia Sorin, Sharel Mawby, Rodger Smith, A. Kevin Fahey, Mark Smith, Deborah Bosso, and Kimberley Clark and Defendants The J.M. Smucker Company and The Folger Coffee Company to dismiss, with prejudice, Jay Schoener's individual claims in the above-captioned action pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). This stipulation does not impact the individual or class claims of any other named Plaintiffs. Jay Schoener and Defendants The J.M. Smucker Company and The Folger Coffee Company shall each bear their own individual attorneys' fees and costs in connection with this stipulated dismissal.

DATED: August 12, 2022

By: */s/ Tim E. Dollar*
Tim E. Dollar

Tim E. Dollar, Missouri Bar No. 33123
**DOLLAR BURNS & BECKER, L.C.**
1100 Main Street, Suite 2600
Kansas City, MO 64105
Telephone: (816) 876-2600
Facsimile: (816) 221-8763
timd@dollar-law.com

Todd D. Carpenter (*pro hac vice*)
Scott G. Braden (*pro hac vice*)
Katrina Carroll *(pro hac vice)*
**LYNCH CARPENTER, LLP**
1350 Columbia St., Ste. 603

1

San Diego, CA 92101
Telephone: (619) 762-1900
Facsimile: (619) 756-6991
todd@lcllp.com
scott@lcllp.com
katrina@lcllp.com

Lubna M. Faruqi (*pro hac vice*)
Timothy J. Peter (*pro hac vice*)
Nina M. Varindani (*pro hac vice*)
Benjamin Heikali (*pro hac vice*)
**FARUQI & FARUQI, LLP**
685 Third Avenue, 26th Floor
New York New York 10017
Telephone: (212) 983-9330
Facsimile: (212) 983-9331
lfaruqi@faruqilaw.com
tpeter@faruqilaw.com
nvarindani@faruqilaw.com
bheikali@faruqilaw.com

Bonner C. Walsh (*pro hac vice*)
**WALSH PLLC**
1561 Long Haul Road
Grangeville, ID 83530
Telephone: (541) 359-2827
Facsimile: (866) 503-8206
bonner@walshpllc.com

*Attorneys for Plaintiffs and the Class*

Dated: August 12, 2022

**WINSTON & STRAWN LLP**
By: */s/*
Ronald Y. Rothstein (*pro hac vice*)
Sean H. Suber (*pro hac vice*)
Nathan R. Gilbert (*pro hac vice*)
**WINSTON & STRAWN LLP**
35 West Wacker Drive
Chicago, Illinois 60601
Tel.: (312) 558-5600
Fax: (312) 558-5700
RRothste@winston.com
SSuber@winston.com
NRGilbert@winston.com

2

Janelle Li-A-Ping (*pro hac vice*)
**WINSTON & STRAWN LLP**
333 S Grand Avenue Los Angeles, California 90071
Tel.: (213) 615-1792
Fax: (213) 615-1750
JLiAPing@winston.com

Andrew Ryan (Bar No. 45924)
**SANDBERG PHOENIX & VON GONTARD P.C.**
600 Washington Avenue, 15th Floor
Saint Louis, Missouri 63101
Tel.: (314) 234-3332
ARyan@sandbergphoenix.com C

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on August 12, 2022, a true and correct copy of the foregoing was electronically filed. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system.

By: */s/Tim E. Dollar*
Tim E. Dollar, Missouri Bar No. 33123