**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MISSOURI**
**WESTERN DIVISION**

| | |
|---|---|
| IN RE: FOLGERS COFFEE MARKETING LITIGATION | Case No.: 4:21-md-02984-BP<br><br>The Honorable Beth Phillips<br><br>This Document Relates to:<br>*Tan*, No. 21-cv-00220;<br>*Ashton*, No. 21-cv-00221<br><br>California Plaintiffs' Statement Identifying Claims They Intend to Pursue |

**PLAINTIFFS' STATEMENT IDENTIFYING CLAIMS THEY INTEND TO PURSUE**

Pursuant to the Court's Order dated April 22, 2026 (ECF No. 476), California Plaintiffs Ashton and Tan ("Plaintiffs") respectfully submit this Statement identifying the claims that Plaintiffs intend to (1) dismiss or abandon, (2) pursue on a class-wide basis, and (3) pursue only on behalf of the individual/named Plaintiffs.

## I. CLAIMS TO BE DISMISSED OR ABANDONED

Plaintiffs intend to dismiss or abandon the following claims:

1. None.

## II. CLAIMS TO BE PURSUED ON A CLASS-WIDE BASIS

Plaintiffs intend to pursue the following claims on a class-wide basis:

1. Violation of California's False Advertising Law ("FAL"), California Business & Professions Code § 17500, *et seq*.;

2. Violation of California's Consumers Legal Remedies Act ("CLRA"), California Civil Code § 1750, *et seq.*;

3. Violation of California's Unfair Competition Law ("UCL"), California Business & Professions Code § 17200, *et seq*.;

4. Breach of Express Warranty;

5. Breach of Implied Warranty of Merchantability;

6. Common Law Fraud; and

7. Unjust Enrichment/Quasi-Contract.

## III. CLAIMS TO BE PURSUED ON AN INDIVIDUAL BASIS

Plaintiffs intend to pursue the following claims on an individual basis only:

1. None.

Respectfully submitted,

Dated: May 21, 2026

By: */s/ Tim E. Dollar*

Tim E. Dollar, MO # 33123
**DOLLAR, BURNS, BECKER & HERSHEWE, L.C.**
1100 Main Street, Suite 2600
Kansas City, Missouri 64105-5194
Tel: (816) 876-2600
Fax: (816) 221-8763
timd@dollar-law.com

Todd D. Carpenter (*pro hac vice*)
Scott G. Braden (*pro hac vice*)
Matthew J. Zevin (*pro hac vice*)
**LYNCH CARPENTER, LLP**
1350 Columbia St., Ste. 603
San Diego, CA 92101
Tel.: (619) 762-1900
Fax: (619) 756-6991
todd@lcllp.com
scott@lcllp.com
mattz@lcllp.com

Lubna M. Faruqi (*pro hac vice*)
Timothy J. Peter (*pro hac vice*)
Lisa T. Omoto (*pro hac vice*)
**FARUQI & FARUQI, LLP**
685 Third Avenue, 26th Floor
New York New York 10017
Tel.: (212) 983-9330
Fax: (212) 983-9331
lfaruqi@faruqilaw.com
tpeter@faruqilaw.com
lomoto@faruqilaw.com

Bonner C. Walsh (*pro hac vice*)
**WALSH PLLC**
1561 Long Haul Road
Grangeville, ID 83530
Tel.: (541) 359-2827
Fax: (866) 503-8206
bonner@walshpllc.com

*Attorneys for Plaintiffs and the Classes*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on May 21, 2026, I electronically filed the above and foregoing document via the Court's CM/ECF system, which will send notification of said filing to all counsel of record.

/s/ *Tim E. Dollar*

Counsel for Plaintiffs