**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF MISSOURI**
**WESTERN DIVISION**

| | |
|---|---|
| IN RE: FOLGERS COFFEE MARKETING LITIGATION | Case No.: 4:21-md-02984-BP<br><br>This Document Relates to:<br>*Moser*, No. 21-cv-00223 |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:**

**PLEASE TAKE NOTICE** that Plaintiff Ellen Moser ("Plaintiff"), will, and hereby does, move for an order for class certification on behalf of herself and the proposed Illinois Class of consumers as set forth in Exhibit 4 to this Motion, pursuant to Federal Rules of Civil Procedure 23(a) and 23(b), and appointing the law firms of Lynch Carpenter, LLP, and Faruqi & Faruqi as Class Counsel.

The briefing schedule and oral argument are as follows:

| | |
|---|---|
| Moving Papers | July 24, 2026 |
| Opposition Papers | September 22, 2026 |
| Reply Papers | November 20, 2026 |
| Oral Argument | None set. |

This Motion is based upon this Notice of Motion, the concurrently filed memorandum of points and authorities, the declarations filed in support thereof, and all papers and pleadings on file in this action, and upon such other and further evidence as may be presented to the Court at the time of the hearing.

Dated: July 24, 2026

**LYNCH CARPENTER, LLP**

By: */s/ Todd D. Carpenter*

Todd D. Carpenter (*pro hac vice*)
9171 Towne Centre Dr, Ste 180
San Diego, CA 92122
Tel.: (619) 762-1900
Fax: (858) 313-1850
todd@lcllp.com

Lubna M. Faruqi (*pro hac vice*)
Timothy J. Peter (*pro hac vice*)
Nina M. Varindani (*pro hac vice*)
**FARUQI & FARUQI, LLP**
685 Third Avenue, 26th Floor
New York New York 10017
Tel.: (212) 983-9330
Fax: (212) 983-9331
lfaruqi@faruqilaw.com
tpeter@faruqilaw.com
nvarindani@faruqilaw.com

Bonner C. Walsh (*pro hac vice*)
**WALSH PLLC**
1561 Long Haul Road
Grangeville, ID 83530
Tel.: (541) 359-2827
Fax: (866) 503-8206
bonner@walshpllc.com

Tim E. Dollar, MO # 33123
**DOLLAR BURNS & BECKER, L.C.**
1100 Main Street, Suite 2600
Kansas City, Missouri 64105-5194
Tel; (816) 876-2600
Fax: (816) 221-8763
timd@dollar-law.com

*Attorneys for Plaintiff and the Class*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on July 24, 2026, I electronically filed the above and foregoing document via the Court's CM/ECF system, which will send notification of said filing to all counsel of record.

Dated: July 24, 2026

**LYNCH CARPENTER, LLP**

By: */s/ Todd D. Carpenter*

Todd D. Carpenter (*pro hac vice*)
9171 Towne Centre Dr, Ste 180
San Diego, CA 92122
Tel.: (619) 762-1900
Fax: (858) 313-1850
todd@lcllp.com