**IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI WESTERN DIVISION**

| | | |
|---|---|---|
| IN RE: FOLGERS COFFEE, | ) | Case No. 21-2984-MD-W-BP |
| MARKETING LITIGATION. | ) | |
| | ) | This Document Relates to |
| | ) | No. 21-00244-CV-W-BP |

**CLERK'S ORDER OF DISMISSAL**

On the 5th day of August 5, Plaintiff A Kevin Fahey having filed a stipulation of dismissal with prejudice herein. **IT IS ORDERED** that Plaintiff A Kevin Fahey's claims against Defendants are dismissed with prejudice.

AT THE DIRECTION OF THE COURT

Paige Wymore-Wynn, Clerk of Court
**/s/ Karri Sandusky**
Deputy Clerk

Date: August 7, 2026